RECEIVED

NOV 20 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____Eastern_____ DIVISION

_____Elaine Cao_____
**NAME OF THE PLAINTIFF**

- vs -

_____Chess Club and Scholastic_____
_____Center of St. Louis_____

**NAME OF THE DEFENDANT OR DEFENDANTS** (Enter above the full name(s) of ALL defendant(s) in this lawsuit. Please attach additional sheets if necessary.

Case No.

JURY TRIAL DEMANDED

YES___ NO _X_

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

_X_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

___ Other (Describe)

_____

_____

_____

## PARTIES

2. Plaintiff's name: Elaine Cao

   Plaintiff's address: 3211 S Grand Blvd Apt 2F
   Street address or P.O. Box

   St. Louis, MO 63118
   City/ County/ State/Zip Code

   314 295 1600
   Area code and telephone number

3. Defendant's name: Chess Club and Scholastic Center of St. Lou

   Defendant's address: 4657 Maryland Ave
   Street address or P.O. Box

   St. Louis, MO 63108
   City/County/State/ Zip Code

   314 361 2437
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)           (City/County)           (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

June 27, 2016

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

____Yes   Date filed: _____

__X__No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

__X__Yes   Date filed: June 27, 2016

____No

8. Have you received a Notice of Right-to-Sue Letter?

__X__Yes                                    ____No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

__X__ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

___ failure to hire me

_X_ termination of my employment

___ failure to promote me

___ failure to accommodate my disability

___ terms and conditions of my employment differ from those of similar employees

___ retaliation

___ harassment

___ other conduct (specify): _____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

_X_ Yes                              ___ No

4

11. I believe that I was discriminated against because of my (check all that apply):

_____ race

_____ religion

_____ national origin

_____ color

__X__ gender

_____ disability

_____ age (my birth date is: _____)

_____ other: _____

Did you state the same reason(s) in your charge of discrimination?

__X__ Yes                    _____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I am a female individual who was employed as a Chess Instructor by Defendant from June 2015 until I was terminated on June 27, 2016. I met or exceeded my employer's legitimate performance expectations throughout my employment.

5

Prior to June 25, 2016, I presented as male. After presenting as female on June 25, 2016, my contract was terminated by Bill Thompson, Scholastic Director, for reasons I allege to be pretextual. I therefore allege discriminatory conduct in this termination, as well as unequal terms and conditions in my employment in events surrounding this action.

Based on the above stated reasons, I believe I was discriminated against under Title VII of the Civil Rights Act of 1964, as amended, on the basis of my sex, female, in that my employer took my gender into account and terminated me for gender non-conforming appearance and behavior, and/or for transitioning from one gender to another and/or for being a transgender individual.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

\_\_\_\_\_ are still being committed by the defendant.

\_\_\_\_\_ are no longer being committed by the defendant.

__X__ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I am asking the court to order damages in all court costs and fees, and a sum of $150 for each week between the date of discrimination and the conclusion of this process. (As of date of filing, this is $10,950)

Signed this 20 day of November, 2017.

_____
Signature of Plaintiff

RECEIVED
NOV 2 0 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# United States District Court

for the

Eastern District of Missouri

Eastern Division

|  |  |
|---|---|
| Elaine Cao<br>*Plaintiff*<br><br>-v-<br><br><br><br><br><br><br>Chess Club and Scholastic Center of St. Louis<br>*Defendant* | Case No. |

**Complaint for Employment Discrimination**

## I. The Parties to the Complaint

### A. The Plaintiff

Elaine Cao
3211 S Grand Blvd
Apt 2F
St. Louis, MO 63118
(314) 295-1600
elainecao93@gmail.com

### B. The Defendant

Chess Club and Scholastic Center of St. Louis
4657 Maryland Ave
St. Louis, MO 63108
(314) 361-2437
trich@saintlouischessclub.org

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17.

## III. Statement of Claim

I am a female individual who was employed as a Chess Instructor by Defendant from June 2015 until I was terminated on June 27, 2016. I met or exceeded my employer's legitimate performance expectations throughout my employment.

Prior to June 25, 2016, I presented as male. After presenting as female on June 25, 2016, my contract was terminated by Bill Thompson, Scholastic Director, for reasons that I allege to be pretextual. I therefore allege discriminatory conduct in this termination, as well as unequal terms and conditions in my employment in events surrounding this action.

Based on the above stated reasons, I believe I was discriminated against under Title VII of the Civil Rights Act of 1964, as amended, on the basis of my sex, female, in that my employer took my gender into account and terminated me for gender non-conforming appearance and behavior, and/or for transitioning from one gender to another and/or for being a transgender individual.

The acts alleged in this complaint are still being committed by the defendant.

## IV. Exhaustion of Federal Administrative Remedies

I filed a charge (EEOC charge no. 560-2016-01712) with the U.S. Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct on June 27, 2016. By request, the Equal Employment Opportunity Commission issued a Notice of Right to Sue letter, which I received on August 28, 2017.

## V. Relief

I am asking the court to order damages to be paid in the sum of (1) all court costs and fees, and (2) an amount calculated as $150 for each week between the date of discrimination, on June 26, 2016, and the conclusion of this process. The basis for this amount is based on the amount I would have earned had I continued to be contracted at a rate of five hours per week.

As of the date of filing, November 20, 2017, this would equal $10,950.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.