# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ELAINE CAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-02736-HEA |
| | ) |
| CHESS CLUB AND SCHOLASTIC CENTER OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COME NOW attorneys Travis R. Kearbey and Kathryn P. Scott, of the law firm Bryan Cave LLP, and enter their appearances on behalf of Defendant Chess Club and Scholastic Center of St. Louis.

        Respectfully submitted,
        **BRYAN CAVE LLP**

        By: /s/ Travis R. Kearbey
            Travis R. Kearbey, #531875
            Kathryn P. Scott, #70350
            One Metropolitan Square
            211 North Broadway, Suite 3600
            St. Louis, Missouri  63102
            Telephone:  314-259-2482
            Facsimile:  314-259-8482
            E-mail:  travis.kearbey@bryancave.com
                      kathryn.scott@bryancave.com

        Attorneys for Defendant
        Chess Club and Scholastic Center of St. Louis

1

2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court electronically on this 3rd day of January, 2018 to:

Elaine Cao
3211 S. Grand Blvd.
Apt. 2F
St. Louis, MO 63118

*Pro se Plaintiff.*

                   /s/ Travis R. Kearbey

11101660.3