RECEIVED
FEB -5 2018
U.S. District Court
Eastern District of MO

FILED
FEB 05 2018
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
ST. LOUIS OF MO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| Elaine Cao<br>*Plaintiff*<br><br>-v-<br><br>Chess Club and Scholastic Center of St. Louis<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:17-cv-02736-HEA<br>)<br>)<br>)<br>) |

**PLANTIFF'S MOTION TO AMEND COMPLAINT**

COMES NOW Plantiff Elaine Cao and moves, pursuant to Federal Rule of Civil Procedure 15, to amend the Complaint in three instances.

Firstly, I would like to request a trial by jury.

Secondly, I would like to amend paragraph V. Relief to state the following:

> I am asking the court to order damages to be paid in the sum of (1) all court costs and fees, (2) lost wages in an amount calculated as $150 for each week between the date of discrimination, on June 26, 2016, and the conclusion of this process, and (3) emotional distress in the amount of $300,000.

Thirdly, I would like to clarify that the typed copy of the Complaint was intended to be the original wording.

The reasoning for these two amendments are set forth in the Memorandum in Support of Plantiff's Motion to Amend Complaint, which Plantiff files contemporaneously.

WHEREFORE, Plaintiff respectfully requests that the Court allow these three amendments persuant to Federal Rule of Civil Procedure 15(a)(2).

Respectfully submitted,
Elaine Cao

3211 S Grand Blvd, Apt 2F
St. Louis, MO 63118
Cell: 314 295 1600
email: elainecao93@gmail.com
Pro se plantiff