RECEIVED

FEB -5 2018

U.S. District Court
Eastern District of MO

FILED

FEB 05 2018

U.S. DISTRICT COURT
EASTERN DISTRICT COURT
ST. LOUIS OF MO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| Elaine Cao )<br>*Plaintiff* )<br> )<br>-v- )<br> )<br> )<br>Chess Club and Scholastic Center of St. Louis )<br>*Defendant* ) | Case No. 4:17-cv-02736-HEA |

### MEMORANDUM IN SUPPORT OF PLANTIFF'S MOTION TO AMEND COMPLAINT

Plantiff wishes to add damages in emotional distress. Because of the extreme and outrageous actions that I allege were committed by the Defendant, I experienced homelessness and housing instability for a period from July 2016 to December 2016, and am still relying partially on the goodwill of a friend. Further, as many of the senior officers of the Club are people who I have personally known for over half of my life, there is a very intense sense of betrayal from a community in which I spent many of my formative years. The pain was so damaging that I had blocked it out completely, and did not realize that it was legally actionable until after my Complaint was reported on in local news media.

Finally, because the scope and depth of emotional distress is best determined by a jury, I would like to modify the Complaint to request a trial by jury.

WHEREFORE, Plantiff respectfully requests that the Court grant the Plantiff's Motion to Amend Complaint.

Respectfully submitted,
Elaine Cao

3211 S Grand Blvd, Apt 2F
St. Louis, MO 63118
Cell: 314 295 1600
email: elainecao93@gmail.com
Pro se plantiff