UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELAINE CAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-02736-HEA |
| | ) |
| CHESS CLUB AND SCHOLASTIC CENTER OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Elaine Cao, and Defendant, Chess Club and Scholastic Center of St. Louis, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice, with Plaintiff bearing her own costs and attorneys' fees, if any, and Defendant bearing its own costs and attorneys' fees.

Dated: _____

/s/ Elaine Cao          3/12/2018
Elaine Cao
3211 S. Grand Blvd.
Apt. 2F
St. Louis, MO 63118

**Pro Se Plaintiff**

/s/ Travis R. Kearbey
Travis R. Kearbey, #531875
Kathryn P. Scott, #70350MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: 314-259-2482
Facsimile: 314-259-8482
travis.kearbey@bryancave.com
kathryn.scott@bryancave.com
**Attorneys for Defendant**